UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 3:10-CR-2 |
| BEKWERI BOST, | ) | (PHILLIPS/GUYTON) |
| Defendant. | ) | |

## O R D E R

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This case is before the Court on Defendant Bost's Motion to Withdraw Defendant's Motion to Suppress Evidence [Doc. 14], filed on April 23, 2010. He asks to withdraw his suppression motion because he has entered into a plea agreement. He requests the right to renew his suppression motion if the District Court does not accept his plea agreement. Based upon the representations of the Defendant, the Motion to Withdraw Defendant's Suppression Motion [**Doc. 14**] is **GRANTED**. Accordingly, the Defendant's Motion to Suppress Evidence [**Doc. 12**] is **DENIED as moot**, subject to refiling if the District Court rejects the plea agreement.

**IT IS SO ORDERED.**

ENTER:

    s/ H. Bruce Guyton
United States Magistrate Judge